# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LAWRENCE R. QUIGNON, <br><br> Defendant. | 8:18CR43 <br><br> ORDER |

This matter is before the Court on the Defendant's Objection to Government's Motion Requesting Order of Restitution. ECF No. 34. Defendant objects to the Government's Motion, ECF No. 32, arguing that the Government did not serve the Motion or the evidence in support. Defendant also requests an extension of 90 days to respond to the Motion. Since the Objection was filed, the Government served the Motion and supporting evidence on Defendant's counsel via electronic mail. The Court will grant, in part, Defendant's request for additional time to respond.

IT IS ORDERED:

1. The Defendant's Objection to Government's Motion Requesting Order of Restitution. ECF No. 34 is granted in part; and

2. Defendant's response to the Motion must be filed on or before November 28, 2018.

Dated this 8th day of November, 2018.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge